IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| | | | |
|---|---|---|---|
| 302PA13 | In the Matter of: E.H. and N.H. | 1. Juveniles' PDR Under N.C.G.S. § 7A-31 (COA13-273) | 1Allowed 10/03/2013 |
| | | 2. Juveniles' Motion to Redact Appendices to PDR | 2. Allowed 10/03/2013 |
| | | 3. Respondent-Mother's Motion to Join Appellant-Petitioner-Guardian *ad Litem* for the Children's PDR | 3. Allowed 10/15/2013 |
| | | 4. Respondent-Mother's Motion to Participate in Briefing and Oral Argument | 4. Allowed 10/15/2013 |
| 304P13 | Toni Anway, Dr. Ernest Berrisford, Elizabeth Bosarge, Calvin Bosarge, Jr., Alonzo Edwards, Terry Fleming, Regina C. Fleming, Iris J. Fleming, Jerry V. Fleming, Hector Garcia, Elizabeth Langdon, Paul Mees, and Gladys Mees v. Silver Creek Community Property Owners Association, Inc. | 1. Plts' Motion for Temporary Stay (COA12-1460) | 1. Allowed 07/09/2013; Dissolved the Stay 11/07/2013 |
| | | 2. Plts' Petition for *Writ of Supersedeas* (COA12-1460) | 2. Denied |
| | | 3. Plts' PDR Under N.C.G.S. § 7A-31 (COA12-1460) | 3. Denied |
| | | 4. Def's Motion to Dismiss Motion for Temporary Stay (COA12-1460) | 4. Dismissed as Moot |
| 311P10-4 | State v. Gregory Scott Grosholz | 1. Def's *Pro Se* Motion to Reverse Conviction and Sentence Today if Not Sooner | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Prove Denial of Justice | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for Request for Discretionary Review | 3. Dismissed |
| | | 4. Def's *Pro Se* Motion for Dismissal of Conviction, Sentence and Charge with Prejudice | 4. Dismissed |
| | | 5. Def's *Pro Se* Motion to Appoint Counsel | 5. Dismissed as Moot<br><br>**Beasley, J., recused** |
| 315P13 | State v. Travis Kenyel Sanders | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA11-88) | Allow by Special Order |